John Marvin BALLARD,
Plaintiff–Appellant,

v.

Justin ANDREWS; United States Marshals Service; Wake County Sheriff's Department; W. Ellis Boyle, Defendants–Appellees.

No. 14–6829.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 25, 2014.

Decided: Sept. 30, 2014.

John Marvin Ballard, Appellant Pro Se.

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marvin Ballard appeals the district court's order dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), after a review under 28 U.S.C. § 1915 (2012). We have reviewed the record and find no reversible error. Accordingly, although we grant Ballard's application to proceed in forma pauperis, we affirm the district court's judgment. *Ballard v. Andrews,* No. 5:13–ct–03073–H (E.D.N.C. Apr. 28, 2014). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*